UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor ) ) ) | 05 11087 RCL |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| v. ) | |
| TRUST GROUP, INC. ) and ) PAUL F. CANTIANI and ) JOSEPH E. ANASTASI ) individually and as Fiduciaries of the ) Trust Group, Inc. Stock Bonus Plan ) Plan ) | |
| Defendants ) | |

NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Plaintiff in the above-entitled case.

*[signature]*

Donald E. d'Entremont
Attorney
BBO # 558834

U.S. Department of Labor
Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
TEL: (617) 565-2500
FAX: (617) 565-2142